UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **Chapter 13 Proceeding** |
| **Carlos & Monica Alvarado** | ) | Case No.  04-64768 |
| | ) | |
| **Debtors** | ) | |

**NOTICE FOR DEPOSIT OF FUNDS
INTO U. S. TREASURY FUND106000**

    Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $1.22  into U. S. Treasury Fund 106000 for the following reasons:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That Mercantile National Bank filed a proof of claim on October 26, 2004.
3. That your Trustee attempted to make payment on said claim in January 2010 in the amount of $1.22 and said payment remains uncashed.

    WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $1.22  into U.S. Treasury Fund 106000 on behalf of creditor Mercantile National Bank whose last know address was 5243 Hohman Avenue, Hammond, IN 46320.

/s/ Paul R. Chael
Paul R. Chael, Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 5, 2010 service of a true and complete copy of the above and foregoing pleading or document was made electronically upon the U.S. Trustee and debtors' attorney and the debtor by U.S. Mail as set forth below.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

Distribution:

Carlos & Monica Alvarado, 5531 Reading Avenue, East Chicago, IN 46312