UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In Re:                                    )
                                          )
Carlos & Monica Alvarado                  ) Chapter 13 Case No.  04-64768
                                          )
            Debtors                       )

### NOTICE OF MOTION FOR DEPOSIT OF FUNDS
### INTO U. S. TREASURY FUND 6047BK

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $96.00 into U. S. Treasury Fund 6047BK for the following reasons:

1.  That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2.  That the debtors' case was converted to Chapter 7 and the Trustee sent the debtors a refund in the amount of $96.00.

3.  To date said check remains uncashed and the Trustee cannot locate the debtors.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $96.00 into U.S. Treasury Fund 6047BK on behalf of Debtors, Carlos and Monica Alvarado, whose last known address was 5531 Reading Avenue, East Chicago, IN 46312.


/s/   **Paul R. Chael**
Paul R. Chael, Trustee
Indiana Attorney #3881-45


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion was sent electronically on May 6, 2010 to the attorney for the debtor and the United States Trustee.


/s/   Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015